**126**

■

**Ernest CALLAHAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33071.**

Missouri Court of Appeals,
Western District.

May 25, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
June 23, 1982.

L. Patrick O'Brien, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from judgment denying relief under Rule 27.26. Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Edmund J. BRANSTUDER, Appellant.**

**No. WD 33164.**

Missouri Court of Appeals,
Western District.

May 25, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
June 23, 1982.

William M. Barvick, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P. J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Direct appeal from jury conviction and jury assessment of four years confinement for carrying a concealed weapon in violation of § 571.115, RSMo 1978.

Judgment affirmed. Rule 84.16(b).